UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT

05 JUN 21 PM 3: 18

TX EASTERN - BEAUMONT

BY_____

| | |
|---|---|
| ELIJAH W. RATCLIFF<br>　　Plaintiff, | §<br>§<br>§ |
| v. | §<br>§ CIVIL ACTION No. 9:05cv70 |
| INDYMAC BANK, F.S.B. AS SUCCESSOR<br>IN INTEREST TO INDYMAC MORTGAGE<br>HOLDINGS, INC.; STATE OF TEXAS;<br>STATE BAR OF TEXAS; EXECUTIVE<br>DIRECTOR OF STATE BAR OF TEXAS;<br>KENNETH HAMMACK, SHERIFF OF<br>POLK COUNTY, TEXAS; AND CLEBURNE<br>SWILLEY,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

The above entitled and numbered civil action was referred to United States Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The plaintiff did object to the Report and Recommendation, however the Court finds the objections to be without legal merit.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the State of Texas' motion to dismiss is GRANTED (Doc.#12).

SIGNED this 21 day of June, 2005.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE