IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ELIJAH RATCLIFF | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 9:05cv70 |
| v. | § | |
| | § | |
| INDYMAC BANK, F.S.B. AS | § | |
| SUCCESSOR IN INTEREST TO | § | |
| INDYMAC MORTGAGE HOLDINGS | § | |
| INC., F/K/A INMC MORTGAGE | § | |
| HOLDINGS, INC.; STATE OF TEXAS; | § | |
| STATE BAR OF TEXAS; EXECUTIVE | § | |
| DIRECTOR OF THE STATE BAR OF | § | |
| TEXAS; KENNETH HAMMACK, | § | |
| SHERIFF, POLK COUNTY, TEXAS; | § | |
| AND CLEBURNE SWILLEY, | § | |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States

Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. § 636(b)(3).  The Report of the

Magistrate Judge which contains his proposed findings of fact and recommendations for

the disposition of such action, has been presented for consideration.  The parties have

made no objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate

Judge are correct.  Therefore, the Court hereby adopts the Report of the United States

Magistrate Judge as the findings and conclusions of this Court.

**SIGNED** this the 14 day of **July, 2005.**


_____
Thad Heartfield
United States District Judge

1