IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ELIJAH RATCLIFF § § Plaintiff § § vs. § § INDYMAC BANK, F.S.B. AS § SUCCESSOR IN INTEREST TO § INDYMAC MORTGAGE HOLDINGS, § INC., F/K/A INMC MORTGAGE § HOLDINGS, INC.; STATE OF TEXAS; § STATE BAR OF TEXAS; EXECUTIVE § DIRECTOR OF THE STATE BAR OF § TEXAS; KENNETH HAMMACK, § SHERIFF, POLK COUNTY, TEXAS; § and CLEBURNE SWILLEY § Defendant. § | CIVIL ACTION NO. 9:05CV70 |

## FINAL JUDGMENT

Upon consideration, the Court hereby ORDERS this action is dismissed with prejudice.

It is further ORDERED that all relief not previously granted is hereby denied.

**SIGNED** this the **19** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge